

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00418-CV

**IN RE** Gary Wayne **INMON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

Delivered and Filed: July 3, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On June 20, 2019, relator filed a petition for writ of mandamus, in which he also requested a stay of trial set for June 24, 2019. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The request for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 18-1857-CV-C, styled *In the Matter of the Marriage of Christine Ann Inmon and Gary Wayne Inmon*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Daniel H. Mills presiding.